# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0003.  FIELDALE FARMS v. BLAKELY.**

Appellant has filed an emergency motion pursuant to Court of Appeals Rule 40 (b) seeking "an order allowing appellant to amend a certificate of service accompanying its timely filed application for discretionary appeal." Upon consideration of that motion and the Appellee's response thereto, this Court hereby orders the Clerk of the Court of Appeals to provisionally accept for filing the application for discretionary appeal. In doing so, this Court withholds ruling upon the issue of whether the application for discretionary appeal has been timely filed; that issue is preserved for further consideration by this Court. If the application for discretionary appeal is granted by the Court, then the parties are directed to include in their appellate briefs argument and citation to authority on the issue of whether the appeal is properly before this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*